**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01165-CR
No. 05-13-01167-CR
No. 05-13-01168-CR
No. 05-13-01169-CR

**JASMINE LANETTE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-70295-M, F12-70296-M, F12-70403-M, F12-70404-M**

## ORDER

The Court **REINSTATES** the appeals.

On March 19, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 11, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the March 19, 2014 order requiring findings.

We **ORDER** court reporter Belinda Baraka to file State's Exhibit nos. 21 and 22, CDs, within **FIFTEEN DAYS** of the date of this order.

Appellant's brief is due within forty-five days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE